IN RE JAMES MICHAEL KOZAK & KATHERINE LYNN KOZAK                     Case No. 04-11124 HRT
                                    Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC".

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5140-2436-0090-1678<br>BANKFIRST ACTION CARD<br>PO BOX 5052<br>SIOUX FALLS, SD 57117-5052 | | J | 1998-2002 MISC. CHARGE CARD PURCHASES | | | | 966.30 |
| Account No. 5483-4103-5103-4679<br>CHASE GOLD MASTERCARD<br>PO BOX 52095<br>PHOENIX, AZ 85072-2095 | | J | 1997-2002 MISC. CHARGE CARD PURCHASES AND CASH ADVANCES | | | | 8,113.41 |
| Account No. 4305-8723-6002-9371<br>CHASE PLATINUM VISA<br>PO BOX 52126<br>PHOENIX, AZ 85072-2126 | | J | 2000-2002 MISC. CHARGE CARD PURCHASES AND CASH ADVANCES | | | | 9,399.97 |
| Account No. 5424-1803-5850-8775<br>CITI CARDS<br>PO BOX 6416<br>THE LAKES, NV 88901-6416 | | J | 2000-2002 MISC. CHARGE CARD PURCHASES | | | | 6,820.23 |
| Account No. 4128 00340 4234 2692<br>CITI CARDS<br>PO BOX 6409<br>THE LAKES, NV 88901-6409 | | J | 1997-2002 MISC. CHARGE CARD PURCHASES | | | | 6,633.49 |

_4_ Continuation Sheets attached

Subtotal (Total of this page)   31,933.40

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

*added creditor previously*

IN RE JAMES MICHAEL KOZAK & KATHERINE LYNN KOZAK  
Debtor(s)  
Case No. 04-11124 HRT

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM; IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6032 5901 5915 3500<br>CITIFINANCIAL RETAIL SERVICES<br>PO BOX 8019<br>SOUTH HACKENSACK, NJ 07606-8019 | | J | 2000 MISC. CHARGE CARD PURCHASES | | | | 2,145.42 |
| Account No. 60777992<br>COCA-COLA USA<br>PO BOX 102190, 68 ANNEX<br>ATLANTA, GA 30368 | | J | 2003 BEVERAGE CUPS FOR BUDDHA BROS INC. THAT JAMES KOZAK MAY BE LIABLE FOR. | | | | 94.02 |
| Account No. 01-477<br>COLLEGE COUPONS<br>12604 SANTA FE TRAIL<br>LENEXA, KS 66215 | | J | 2003 ADVERTISING FOR BUDDHA BROS INC. THAT JAMES KOZAK MAY BE LIABLE FOR. | | | | 320.00 |
| Account No. 646819<br>DAVE'S LOCK AND SAFE<br>2316 N.LNCOLN<br>LOVELAND, CO 80538 | | J | 2003 LOCKSMITH CHARGES FOR BUDDHA BROS INC. THAT JAMES KOZAK MAY BE LIABLE FOR. | | | | 67.00 |
| Account No. 970-490-2253-00-00<br>DEX MEDIA EAST LLC<br>PO BOX 173799<br>DENVER, CO 80217-3799 | | J | 2003 ADVERTISING FOR BUDDHA BROS. INC. THAT JAMES KOZAK MAY BE LIABLE FOR. | | | | 900.00 |
| Account No. 6281535<br>FNB FT. COLLINS<br>205 WEST OAK STREET<br>FORT COLLINS, CO 80521 | | J | 2003 MERCHANT CHARGE CARD FEES OF BUDDHA BROS INC THAT JAMES KOZAK MAY BE LIABLE FOR. | | | | 39.95 |
| Account No.<br>FORT COLLINS FORUM<br>120 WEST OLIVE STREET #209<br>FORT COLLINS, CO 80524 | | J | 2003 ADVERTISING FOR BUDDHA BROS INC. THAT JAMES KOZAK MAY BE LIABLE FOR. | | | | 134.00 |

Sheet ____1____ of ____4____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 3,700.39

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE JAMES MICHAEL KOZAK & KATHERINE LYNN KOZAK        Case No. 04-11124 HRT
                          Debtor(s)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 881<br>FORT COLLINS WEEKLY<br>148 WEST OAK STREET, SUITE D<br>FORT COLLINS, CO 80524 | | J | 2003 ADVERTISING FOR BUDDHA BROS INC. THAT JAMES KOZAK MAY BE LIABLE FOR. | | | | 245.32 |
| Account No. 8744<br>FRONT RANGE VALUE PUBLICATIONS<br>1001-A EAST HARMONY RD. #$307<br>FORT COLLINS, CO 80525 | | J | 2003 ADVERTISING FOR BUDDHA BROS INC. THAT JAMES KOZAK MAY BE LIABLE FOR. | | | | 735.00 |
| Account No.<br>GARY GRAINGER<br>4832 N. SILVERLACE DR.<br>CASTLEROCK, CO 80109 | | J | POSSIBLE LIABILITY RELATED TO BUDDHA BROS INC. LEASE | | | | unknown |
| Account No. CSU2300<br>GRADUATE MARKETING INC.<br>249 SPRING GATE BLVD., UNIT A<br>ONTARIO, CANADA, | | J | 2003 ADVERTISING FOR BUDDHA BROS, INC. THAT JAMES KOZAK MAY BE LIABLE FOR. | | | | 150.00 |
| Account No. 6035 3200 6503 1229<br>HOME DEPOT CREDIT SERVICES<br>PO BOX 6028<br>THE LAKES, NV 88901-6028 | | J | 2001-2002 MISC. CHARGE CARD PURCHASES | | | | 614.32 |
| Account No.<br>INVESTOR PROPERTIES, LLC<br>826 9TH STREET, SUITE 100<br>GREELEY, CO 80631 | | J | 2000-2004 LEASE OBLIGATION FOR BUDDHA BROS. INC. THAT JAMES KOZAK GUARANTEED | | | | 21,400.81 |
| Account No.<br>MARK WEINHAUS<br>1345 ST. JOHN'S PLACE<br>FORT COLLINS, CO 80525 | | J | POSSIBLE LIABILITY FOR BUDDHA BROS INC. LEASE | | | | unknown |

Sheet    2    of    4   Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    23,145.45

(Complete only on last sheet of Schedule F) TOTAL
(Report total also on Summary of Schedules)

AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE JAMES MICHAEL KOZAK & KATHERINE LYNN KOZAK
Debtor(s)

Case No. 04-11124 HRT

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5185 6403 11109668<br>MERCHANT SERVICE CENTER<br>PO BOX 6600<br>HAGERSTOWN, MD 21740 | | J | 2003 CHARGE CARD MERCHANT FEES FOR BUDDHA BROS INC. THAT JAMES KOZAK MAY BE LIABLE FOR. | | | | 124.02 |
| Account No.<br>OPERA GALLERIA, LLC<br>C/O DOUGLAS D. KONKEL, ATTY AT LAW<br>1405 S. COLLEGE AVE., SUITE 1<br>FORT COLLINS, CO 80524 | | J | MAY, 2000 SUBLEASE OF PREMISES FOR BUDDA BROS. INC. THAT DEBTOR GUARANTEED | | | | unknown |
| Account No. 1586<br>POCKET COUPON DIRECTORY<br>4336 WESTBROOKE COURT<br>FORT COLLINS, CO 80526 | | J | 2003 ADVERTING FOR BUDDHA BROS INC. THAT JAMES KOZAK MAY BE LIABLE FOR. | | | | 670.80 |
| Account No. A5638<br>REGISTER TAPES UNLIMITED<br>1390 W. SAM HOUSTON PARKWAY N<br>HOUSTON, TX 77043 | | J | 2003 ADVERTISING FOR BUDDHA BROS. INC THAT JAMES KOZAK MAY BE LIABLE FOR. | | | | 175.00 |
| Account No. 230028<br>RILEY MARKETING INC.<br>5601 S. CAMPBELL AVE.<br>SPRINGFIELD, MO 65810 | | J | 2003 ADVERTISING FOR BUDDHA BROS INC. THAT JAMES KOZAK MAY BE LIABLE FOR. | | | | 150.00 |
| Account No. 80 60511 75112 1<br>SEARS<br>PO BOX 182149<br>COLUMBUS, OH 43218-2149 | | J | 1990-2002 MISC. CHARGE CARD PURCHASES | | | | 1,660.13 |
| Account No. 32-630-3399-9<br>Texaco<br>Processing Center<br>Des Moines, IA 50359-0001 | | J | 1999-2002 MISC. CHARGE CARD PURCHASES | | | | 846.86 |

Sheet _____3_____ of _____4_____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 3,626.81

(Complete only on last sheet of Schedule F) **TOTAL**
(Report total also on Summary of Schedules)

AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE JAMES MICHAEL KOZAK & KATHERINE LYNN KOZAK          Case No. 04-11124 HRT
                                    Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3052<br>THE GREEK TELEPHONE DIRECTORY<br>15315 MAGNOLIA BLVD., SUITE 308<br>SHERMAN OAKS, CA 91403 | | J | 2003 ADVERTISING FOR BUDDHA BROS INC. THAT JAMES KOZAK MAY BE LIABLE FOR. | | | | 499.00 |
| Account No. 6201E1077<br>TRAVELERS<br>PO BOX 1515<br>SPOKANE, WA 99210-1515 | | J | 2003 INSURANCE FOR BUDDHA BROS INC. THAT JAMES KOZAK MAY BE LIABLE FOR. | | | | 301.53 |
| Account No. 623<br>VALPAK OF N. COLORADO & S. WYOMING<br>134 WEST HARVARD, SUITE 1<br>FORT COLLINS, CO 80525 | | J | 2003 ADVERTISING FOR BUDDHA BROS INC. THAT JAMES KOZAK MAY BE LIABLE FOR. | | | | 386.08 |
| Account No. 366393<br>YELLOW BOOK-WEST<br>PO BOX 14482<br>DES MOINES, IA 50306-3482 | | J | 2003 ADVERTISING FOR BUDDHA BROS INC. THAT JAMES KOZAK MAY BE LIABLE FOR. | | | | 1,268.97 |
| Account No. 46918994<br>Z-TEL COMMUNICATIONS, INC.<br>601 S. HARBOUR ISLAND BLVD., SUITE 220<br>TAMPA, FL 33602 | | J | 2003 ADVERTISING FOR BUDHDA BROS INC. THAT JAMES KOZAK MAY BE LIABLE FOR. | | | | 411.42 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet 4 of 4 Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    2,867.00

(Complete only on last sheet of Schedule F) TOTAL    65,273.05
(Report total also on Summary of Schedules)

IN RE JAMES MICHAEL KOZAK & KATHERINE LYNN KOZAK                Case No. 04-11124 HRT
                          Debtor(s)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 6 ~~18~~ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: **August 19, 2004**       Signature: _/s/ James M Kozak_
                                JAMES MICHAEL KOZAK                                          Debtor

Date: **August 19, 2004**       Signature: _/s/ Katherine Lynn Kozak_
                                KATHERINE LYNN KOZAK                                (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
                                                             (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____                    _____
Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: _____                Signature: _____

                                                        (Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES